```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAM AGRAWAL,                    )
                                ) Civil Action
               Plaintiff        ) No. 02-CV-04035
                                )
      vs.                       )
                                )
AVANT! CORPORATION and          )
SYNOPSYS CORPORATION,           )
                                )
               Defendants       )
```

REFERRAL ORDER FOR SETTLEMENT CONFERENCE

NOW, this     day of              , 2003,

IT IS ORDERED that the within matter is referred to United States Magistrate Judge Arnold C. Rapoport to schedule and conduct a settlement conference.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge