```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

RAM AGRAWAL,                         )
                                     )  Civil Action
           Plaintiff,                )
                                     )
      vs.                            )  No. 02-CV-04035
                                     )
AVANT! CORPORATION and               )
SYNOPSYS CORPORATION,                )
                                     )
           Defendants.               )

O R D E R

NOW, this 20th day of May, 2003, upon consideration of Defendants Motion for Summary Judgment, filed April 21, 2003; it appearing by agreement of counsel that the issues between plaintiff Ram Agrawal and defendants Avant! Corporation and Synopsys Corporation, have been settled; it further appearing that this Civil Action was dismissed by Order of Michael E. Kunz, Clerk of Court, dated May 1, 2003, pursuant to the provisions of Rule 41.1(b) of the Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania, effective July 1, 1995,

IT IS ORDERED that defendants' motion is denied as moot.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge